UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO LEDESMA,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, and others,<br><br>    Defendants. | Case No. 17-cv-01749 LHK (NC)<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF AND PLAINTIFF'S COUNSEL STANLEY GOFF** |

Upon referral from the trial judge, I held a settlement conference in this case on September 22, 2017. At the conclusion of the conference, I ordered the attorneys for both sides to provide a settlement status report by November 17. Defendants' counsel complied; plaintiff's did not. I have since left two voicemail messages for plaintiff's counsel, Stanley Goff, seeking a status report. To date, he has not returned my messages.

It is therefore ORDERED that Mr. Goff appear in person on January 3, 2018, at 1:00 p.m. in San Jose courthouse, courtroom 7, to explain the settlement status of the case, his failure to pursue the case, and his failure to communicate with the Court. Mr. Goff is ordered to serve this order on his client and to file proof of service by December 22. Plaintiff and his counsel are warned that failing to pursue the case could result in dismissal of the case and an award of fees and costs against them.

**IT IS SO ORDERED.**

Dated: December 18, 2017   _____
NATHANAEL M. COUSINS
United States Magistrate Judge